UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

          Plaintiff,

   v.

PIER 1 IMPORTS (U.S.), INC.;
and MELLON/PIER 1 PROPERTIES
LIMITED PARTNERSHIP I,

          Defendants.
_____/

NO. CIV. S-04-633 LKK/CMK

O R D E R

    A hearing in this case is presently scheduled for July 18th, 2005, on the Law and Motion Calendar of this court pursuant to the plaintiff's motion to strike.  Pursuant to Local Rule 78-230(h), the motion is removed from calendar and submitted upon the record and briefs on file.

    IT IS SO ORDERED.

    DATED: July 12, 2005.

                                /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT