UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

          Plaintiff,

    v.

PIER 1 IMPORTS (US), INC;
and MELLON/PIER 1 PROPERTIES
LIMITED PARTNERSHIP I,

          Defendants.

NO. CIV. S-04-633 LKK/CMK

----

    The court is in receipt of a request for clarification from counsel for defendants. Counsel requests clarification on whether the language in this court's July 27, 2005 Status Order that all experts have been previously designated now precludes them from designating experts prior to the close of discovery. The court now clarifies that discovery was reopened for all purposes in the July 27, 2005 Status Order. In this regard, all counsel may designate in writing and file with the court and serve upon all other parties a list of the names of all additional experts that they propose to tender at trial not later than forty-five (45) days before the

1

1  close of discovery established in the July 27 order.  Accompanying
2  the designation shall be the written report specified in Fed. R.
3  Civ. P. 26 A2B.  All experts so designated are to be fully prepared
4  to render an informed opinion at the time of <u>designation</u> so that
5  they may fully participate in any deposition taken by the opposing
6  party.  Experts will not be permitted to testify at the trial as
7  to any information gathered or evaluated, or opinion formed, after
8  deposition taken subsequent to designation.
9       IT IS SO ORDERED.
10      DATED:  August 3, 2005.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT