UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

        NO. CIV. S-04-633 LKK/CMK

    Plaintiff,

        O R D E R

  v.

PIER 1 IMPORTS (US), INC;
and MELLON/PIER 1 PROPERTIES
LIMITED PARTNERSHIP I,

    Defendants.
                             /

    The court is in receipt of plaintiff's motion for summary judgment on the issue of damages in the above-captioned case. Plaintiff argues that because the court has granted summary judgment for him on seven of eleven alleged barriers, it is appropriate to award him damages at this point, leaving only the issue of injunctive relief for trial. He requests that the court award him $64,000 in statutory damages.

////

////

////

1

1   No good cause having been shown, and because the court has
2 ordered supplemental briefing on the issues raised in <u>Wilson</u>,
3 plaintiff's motion is DENIED.
4   IT IS SO ORDERED.
5   DATED: May 9, 2006.

6                           /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
7                           SENIOR JUDGE
                            UNITED STATES DISTRICT COURT