1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD WILSON,
                                        NO. CIV. S-04-633 LKK/CMK
12
            Plaintiff,
13
       v.
14
    PIER 1 IMPORTS (US), INC;
15  and MELLON/PIER 1 PROPERTIES
    LIMITED PARTNERSHIP I,
16
            Defendants.
17  _____/

18  STEVE EIDEN,
                                        NO. CIV. S-04-977 LKK/CMK
19          Plaintiff,

20     v.

21  HOME DEPOT USA, INC., dba
    HOME DEPOT #6609; and HD
22  PROPERTIES OF MARYLAND,

23          Defendants.
    _____/
24

25  ////

26  ////

                            1

BYRON CHAPMAN,

                              NO. CIV. S-04-1339 LKK CMK

       Plaintiff,

                           O R D E R

    v.

PIER 1 IMPORTS, et al.,

       Defendants.

_____/

    The Pretrial Conference in the above-captioned cases were vacated pending the resolution of cross-motions for summary judgment.  The motions have since been resolved and the court sets the following dates for Pretrial Conference:

1.  <u>Eiden v. Home Depot</u>, 04-977    **September 18, 2006 at 1:30 p.m.**

2.  <u>Wilson v. Pier 1</u>, 04-633    **September 18, 2006 at 2:00 p.m.**

3.  <u>Chapman v. Pier 1</u>, 04-1339    **September 18, 2006 at 2:30 p.m.**

    The parties are referred to the court's Status Orders and the local rules for the timing and contents of their pretrial statements.

    IT IS SO ORDERED.

    DATED:  July 17, 2006.

                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT