UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

        Plaintiff,

   v.

PIER 1 IMPORTS, INC., et al

        Defendants.
                                    /

NO. CIV. S-04-633 LKK/CMK

O R D E R

The court is in receipt of the parties' joint request to continue the trial date in the above captioned case. Accordingly, the court orders as follows:

    1.   The trial date currently set for March 7, 2007 is hereby CONTINUED to May 22, 2007.

IT IS SO ORDERED.

DATED: February 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1