Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Wilson,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Pier 1 Imports (U.S), Inc. et al,<br><br>　　　Defendants. | Case No. CIV.S.04-0633-LKK-CMK<br><br>**Stipulation to Amend the Final Pretrial Order and Order Thereon** |

*Wilson v. Pier 1 Imports (U.S.), Inc., et al.*, Case No. CIV.S 04-0633 LKK CMK
Stipulation to Amend the Final Pretrial Order and [Proposed] Order Thereon

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, the parties were served with the Final Pretrial Order on September 25, 2006 in this matter;

    WHEREAS, the Court issued an Order granting an extension of the trial date to May 22, 2007 on February 12, 2007.

    WHEREAS, the parties continue to pursue settlement discussions and are striving to have this matter completely resolved within the next forty five (45) days.

    WHEREAS, the parties do not wish to expend the Court's judicial time and resources in light of the expected settlement.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties that the trial date shall continued forty five (45) days or a time most convenient to the Court.

Dated: April 12, 2007    LAW OFFICES OF LYNN HUBBARD

    /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: April 12, 2007    AKIN GUMP STRAUSS HAUER & FELD

    /s/ Roland Juarez
ROLAND JUAREZ
Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

### Order

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the trial date is hereby continued until August 28, 2007 at 10:30 a.m.

Dated: April 17, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Wilson v. Pier 1 Imports (U.S.), Inc., et al.*, Case No. CIV.S 04-0633 LKK CMK
Stipulation to Amend the Final Pretrial Order and [Proposed] Order Thereon

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com