UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

          Plaintiff,

     v.

PIER 1 IMPORTS (US), INC;
and MELLON/PIER 1 PROPERTIES
LIMITED PARTNERSHIP I,

          Defendants.
_____/

NO. CIV. S-04-633 LKK/CMK

O R D E R

The court is in receipt of plaintiff's July 24, 2007 letter requesting a status conference. For the reasons set forth in the letter, the court orders as follows:

    1. A status conference is hereby SET for August 13, 2007 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: July 30, 2007.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT