UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

          Plaintiff,

   v.

PIER 1 IMPORTS (US), INC;
and MELLON/PIER 1 PROPERTIES
LIMITED PARTNERSHIP I,

          Defendants.
_____/

NO. CIV. S-04-633 LKK/CMK

O R D E R

    Plaintiff, Byron Chapman, a disabled and wheelchair bound man, sued defendant, Pier 1 Imports store in Vacaville, California, pursuant to the American with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq. ("ADA"). He also asserted several state law claims. On July 24, 2007, the parties informed the court that the Pier 1 Imports store had ceased doing business and had closed down. A status conference was held in the above captioned case on August 13, 2007. All parties appeared telephonically.

    Given that the store at issue in the litigation has closed, there is no longer a live case or controversy under the ADA.

1

1  Accordingly, this court no longer has jurisdiction to adjudicate
2  the lawsuit.  See <u>Arizonans for Official English v. Arizona</u>, 520
3  U.S. 43, 67 (1997) ("To qualify as a case fit for federal-court
4  adjudication, an actual controversy must be extant at all stages
5  of review, not merely at the time the complaint is filed.") The
6  court further declines to extend supplemental jurisdiction to
7  plaintiff's state law claims.
8      For these reasons, and the reasons discussed during the status
9  conference, the complaint is hereby DISMISSED with prejudice.
10     IT IS SO ORDERED.
11     DATED:  August 15, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2